B27 (Official Form27) (12/09)

**FILED / RECEIVED**

## United States Bankruptcy Court
Western District Of Wisconsin

MAR - 7 2011
8:00 AM
CLERK
U.S. BANKRUPTCY COURT

In re Ronald L & Susanne P Gardner,
Debtor

Case No. 3-10-18724-rdm
Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1.  Creditor's Name: Community First Bank

2.  Amount of the debt subject to this reaffirmation agreement:
    $\_\_\_\_\_$ on the date of bankruptcy    $ 155,270.02 to be paid under reaffirmation agreement

3.  Annual percentage rate of interest: 7.789 % prior to bankruptcy
    \_\_\_\_\_% under reaffirmation agreement (\_\_\_\_ Fixed Rate  X  Adjustable Rate)

4.  Repayment terms (if fixed rate): $_____ per month for _____ months

5.  Collateral, if any, securing the debt: Current market value: $ 142,000.00
    Description: Vacant land, LaRue Rd, Town of Ironton, Sauk County, WI

6.  Does the creditor assert that the debt is nondischargeable? \_\_\_Yes  \_\_\_No
    (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | Debtor's Income and Expenses as Stated on Reaffirmation Agreement |
|---|---|
| 7A. Total monthly income from $_____  Schedule I, line 16 | 7B. Monthly income from all  $ 6,385.69  sources after payroll deductions |
| 8A. Total monthly expenses  $_____  from Schedule J, line 18 | 8B. Monthly expenses  $ 9,294.24 |
| 9A. Total monthly payments on  $_____  reaffirmed debts not listed on Schedule J | 9B. Total monthly payments on  $_____  reaffirmed debts not included in monthly expenses |
| | 10B. Net monthly income  $ (2,908.55)  (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) |

B27 (Official Form27) (12/09)                                         Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):
_____
_____

12. Explain with specificity any difference between the expense amounts (8A and 8B):
_____
_____

If line 11 or12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____   _____
Signature of Debtor (only required if    Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)               required if line 11 or 12 is completed)

## Other Information

☑ Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt: _____
_____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
       ✓ Yes          ___ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
       ✓ Yes          ___ No

### FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

*Arleen Conner*
Signature

*Loan Processor*
Print/Type Name & Signer's Relation to Case

# COMMUNITY FIRST BANK

1200 Sextonville Road    P.O. Box 392    Richland Center, WI 53581-0392
Phone: (608) 647-4029                    Fax (608) 647-2951

March 2, 2011

US Federal Courthouse
Clerk of the Bankruptcy Court
PO Box 548
Madison, WI 53701

To Whom It May Concern:

Enclosed please find a reaffirmation agreement for Ronald L. Gardner and Suzanne P Gardner whom have a loan with Community First Bank. The Gardner's have filled out their portion of the agreement with their attorney and Mr. Shrader has signed the bank portion. Per the Gardner's attorney Thomas J. Casey I am forwarding the signed agreement to be filed with the Bankruptcy Court.

Please forward a copy of the stamped copy to us in the enclosed envelope. Thank you and if you have any questions, please feel free to call me at 608-647-4029.

Sincerely,

Arleen Conner
Loan Processor

Enc

cc: Attorney Thomas J. Casey

# United States Bankruptcy Court
Western District of Wisconsin
U.S. Federal Courthouse
120 N. Henry Street
P.O. Box 548
Madison, WI 53701

FILED / RECEIVED
MAR - 7 2011
8:00 AM
CLERK
U.S. BANKRUPTCY COURT

In Re:

Ronald L. Gardner
Susanne P. Gardner

Case Number:   3-10-18724-rdm
Chapter:   7

Debtor(s).

## Clerk's Notice of Deficiency re: Reaffirmation Agreement

Notification Re: Reaffirmation Agreement with Community First Bank. Per Rule 4008, a Reaffirmation Agreement Cover Sheet [Official Form 27] is required. Please re-file the complete Reaffirmation Agreement to include the Cover Sheet. Official Form 27 can be found on our website at www.wiw.uscourts.gov/bankruptcy under forms. cc: parties in interest (Related Doc # [16]). (Madison, Cathy)

Dated: 3/3/11

Marcia M Anderson, Clerk
U.S. Bankruptcy Court