**THIS ORDER IS SIGNED AND ENTERED.**



Dated: March 14, 2011

_____
**Hon. Robert D. Martin
United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

| | |
|---|---|
| In re: | Chapter 7 |
| RONALD L. GARDNER and<br>SUSANNE L. GARDNER, | Case No. 10-18724-RDM |
| Debtors. | |

---

**ORDER GRANTING PENNYMAC LOAN SERVICES, LLC
RELIEF FROM AUTOMATIC STAY**

---

Pursuant to the motion of **PennyMac Loan Services, LLC**, and there being no opposition thereto,

IT IS HEREBY ORDERED that relief from the automatic stay is granted to **Pennymac Loan Services, LLC**, with respect to property located at 404 s. Preston Ave, Reedsburg, Wisconsin 53959.

IT IS FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court.

(###)

Drafted by:
James P. Mulligan
MULLIGAN LAW OFFICES
N14 W23777 Stone Ridge Dr., Suite 120
Waukesha, WI 53188
Telephone: (262) 347-2370